UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO.: 26-16515
                                                                        CHAPTER 7

**Robert Dean Burns,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WE FLORIDA FINANCIAL ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Can Guner
    Can Guner
    Email: cguner@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROBERT DEAN BURNS
5361 LANCELOT LN
FORT LAUDERDALE, FL 33331

And via electronic mail to:

ANTHONY RODRIGUEZ
LAW OFFICE OF ANTHONY RODRIGUEZ, P.A.
1931 NW 150 AVE
SUITE 122
PEMBROKE PINES, FL 33028

MARC P BARMAT
2255 GLADES RD SUITE 419A
BOCA RATON, FL 33431

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

By: /s/ Peyon Duncan