Label Matrix for local noticing
113C-0
Case 26-16515-SMG
Southern District of Florida
Fort Lauderdale
Wed Jul  8 13:56:08 EDT 2026

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

We Florida Financial
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998-1535

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Child and Adolescent Family Center
4710 NW 2nd Ave #104
Boca Raton, FL 33431-4161

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Comenity Capital/smlegn
Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218-3003

Discover Personal Loans
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

Discovercard
Po Box 30939
Salt Lake City, UT 84130-0939

Gm Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102-6854

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

Grosman Pediatric Dentistry
4401 S Flamingo Rd #109
Fort Lauderdale, FL 33330-1914

Memorial Healthcare System
2900 Corporate Way
Hollywood, FL 33025-3925

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Santander Consumer Usa
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161-0211

Syncb
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

(p)WE FLORIDA FINANCIAL
1982 N STATE ROAD 7
MARGATE FL 33063-5710

Anthony Rodriguez
 Law Office of Anthony Rodriguez, P.A.
1931 NW 150 Ave
Suite 122
Pembroke Pines, FL 33028-2873

Marc P Barmat
PO Box 810012
Boca Raton, FL 33481-0012

Robert Dean Burns
5361 Lancelot Ln
Fort Lauderdale, FL 33331-3324


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

We Florida Financial
Attn: Bankruptcy
1982n Sr 7
Margate, FL 33063

(d)We Florida Financial
Attn: Bankruptcy
Po Box 14548
Ft. Lauderdale, FL 33302

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21